**No. 40357.**—Protests 731890–G (C), etc., of Akawo & Co., Ltd., et al. (San Francisco).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JANUARY 4, 1939

**No. 40358.**——Protest 748154–G of Bullocks, Inc. Abstract 39870. Application by Government for rehearing denied.

JANUARY 5, 1939

**No. 40359.**——Protest 963359–G of Schenley Import Corp. Abstract 40206. Application by plaintiff for rehearing granted.

**No. 40360.**—Protests 310859–G, etc. Abstract 39981. Application by Government for rehearing denied.

JANUARY 6, 1939

**No. 40361.**—Protest 928610–G of D. H. Armaghanian. Abstract 39919. Application by Government for rehearing denied.

JANUARY 7, 1939

**No. 40362.**—Protest 821888–G (C) of Mattia Locatelli New York Branch. Abstract 40096. Application by plaintiff for rehearing granted.

**No. 40363.**—Protests 780948–G, etc., of T. E. Ash. C. D. 57. Application by plaintiff for rehearing denied.

JANUARY 4, 1939

**No. 40364.**—SUIT 4177.—J. J. Gavin & Co. (*Stroheim & Romann*) v. *United States.* T. D. 49460 affirmed.